UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ROSALIND MCALISTER, ) | |
| ) | |
| Plaintiff, ) | Case No.: 3:24-cv-01795-MGL-SVH |
| ) | |
| vs. ) | |
| ) | Notice of Dismissal |
| ATRIUM HOSPITALITY, LP and ) | |
| NICOLE BLACKWELL and ) | |
| NATALIE PETERMAN, in their ) | |
| individual capacities) ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Rule 41, Plaintiff hereby gives notice of voluntary dismissal of this action with prejudice.

RESPECTFULLY BY:

s/Aaron V. Wallace
Aaron V. Wallace (11469)
Wallace Law Firm
1501 Main Street, Suite 521
Columbia, SC 29201
PH 803-766-3997
May 5, 2024                    Fax:839-218-5786